IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR15-00374-TUC-RCC(LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Carmelo Romero-Cubillas, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Bowman (Doc. 31), and the objections filed by the parties thereto,

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the motions pursuant thereto.

DATED this 25th day of September, 2015.

Raner C. Collins
Chief United States District Judge